IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **CARMON WARREN,** | NO. CV F 04-6569 REC LJO HC |
| Petitioner, | **ORDER** |
| v. | |
| **R.N. RUNNELS,** | |
| Respondent. | |

On April 25, 2005, Respondent filed a request for an extension of time to file a response to the Petition.

Good cause appearing, Respondent's request is granted. Respondent is hereby granted thirty days, to and including May 26, 2005, in which to file a response.

IT IS SO ORDERED.

**Dated:   May 11, 2005**            /s/ Lawrence J. O'Neill
23ehd0                                    UNITED STATES MAGISTRATE JUDGE

1