# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMON WARREN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>R.N. RUNNELS,<br><br>　　　　Respondent. | CV F 04 6569 REC LJO HC<br><br>ORDER GRANTING PETITIONER'S MOTION FOR LEAVE TO FILE POINTS AND AUTHORITIES IN SUPPORT OF TRAVERSE<br><br>[Doc. #15] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On June 27, 2005, Petitioner filed his traverse to Respondent's answer along with a request to be allowed to file points and authorities in support of his traverse. Accordingly, good cause having been presented to the Court and good cause appearing therefor, Petitioner is GRANTED thirty (30) days from the date of service of this order to file points and authorities.

IT IS SO ORDERED.

**Dated:     July 6, 2005**　　　　　　　　　　　　/s/ Lawrence J. O'Neill
b9ed48　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE