UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMON WARREN, ) | 1:04-CV-06569 LJO NEW (DLB) HC |
| ) | |
| Petitioner, ) | ORDER ADOPTING FINDINGS AND |
| ) | RECOMMENDATION |
| ) | [Doc. #20] |
| v. ) | |
| ) | ORDER DENYING PETITION FOR WRIT |
| ) | OF HABEAS CORPUS |
| R. N. RUNNELS, ) | [Doc. #1] |
| ) | |
| Respondent. ) | ORDER DIRECTING CLERK OF COURT |
| ) | TO ENTER JUDGMENT |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On February 1, 2007, the undersigned issued Findings and Recommendation that recommended the petition be DENIED. The undersigned further recommended that the Clerk of Court be DIRECTED to enter judgment. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within ten (10) court days of the date of service of the order. Over ten days have passed and no party has filed objections.

On February 20, 2007, Chief Judge David F. Levi issued an order reassigning the instant case to the undersigned for all further proceedings following the undersigned's elevation to the position of

1  U.S. District Judge.

2       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de*
3  *novo* review of the case. Having carefully reviewed the entire file and having considered the
4  objections, the Court concludes that the Findings and Recommendation is supported by the record
5  and proper analysis.

6       Accordingly, IT IS HEREBY ORDERED that:

7       1. The Findings and Recommendation issued February 1, 2007, is ADOPTED IN FULL;

8       2. The Petition for Writ of Habeas Corpus is DENIED; and

9       3. The Clerk of Court is DIRECTED to enter judgment.

10  IT IS SO ORDERED.

11  **Dated:    March 7, 2007**                    **/s/ Lawrence J. O'Neill**
    b9ed48                                         UNITED STATES DISTRICT JUDGE